```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Juan Carlos Velez-Estupinan

    v.                                            Case No. 1:23-cv-558-SE-TSM

FCI Berlin, Warden


<u>JUDGMENT</u>

In accordance with the Endorsed Order by Judge Samantha D. Elliott dated August 14, 2024, judgment is hereby entered.


                                              By the Court:

                                              __/s/Daniel J. Lynch_____
                                              Daniel J. Lynch
                                              Clerk of Court


Date: August 14, 2024

cc: Juan Carlos Velez-Estupinan, pro se